

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Christopher Charles King v. The State of Texas

Appellate case number:   01-12-01137-CR

Trial court case number:   64792

Trial court:                    23rd District Court of Brazoria County

      On January 6, 2014, Christopher Charles King filed a motion to extend time to file a motion for rehearing.   The motion is **GRANTED**, and any motion for rehearing is due on January 30, 2014.  It is so **ORDERED**.

Judge's signature: __/s/Rebeca Huddle__
                    X  Acting individually     ☐ Acting for the Court

Date:  January 16, 2014